# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE WESTERN DISTRICT OF PENNSYLVANIA

IN RE:

| | | |
|---|---|---|
| | : | Bankruptcy No: 16-10130-TPA |
| | : | |
| **Bradley Wilkins,** | : | |
| **Judy Wilkins,** | : | |
| *Debtor(s),* | : | Chapter 13 |
| | : | |
| Vs. | : | |
| | : | |
| **Ditech Financial LLC ,** | : | |
| *Movant(s)* | : | |

## NOTICE OF
## CHANGE OF ADDRESS


**Creditor Name:**     Ditech Financial LLC
**Incorrect Address:**     332 Minnesota St Ste 610 Saint Paul, MN 55101

**Correct Address:**     PO Box 6176 Rapid City, SD 57709


                                                                    Respectfully Submitted,

Date: <u>October 11, 2016</u>                    /s/ Daniel P. Foster, Esquire
                                                                    Daniel P. Foster, Esquire
                                                                    PA I.D. #92376
                                                                    FOSTER LAW OFFICES
                                                                    PO Box 966
                                                                    Meadville, PA 16335
                                                                    Tel: 814.724.1165
                                                                    Fax: 814.724.1158
                                                                    Dan@MrDebtBuster.com
                                                                    Attorney for Debtors