IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

FILED
10/20/16 1:08 pm
CLERK
U.S. BANKRUPTCY
COURT - WDPA

| | | |
|---|---|---|
| In Re: | : | Bankruptcy No. 16-10130-TPA |
| Bradley Thomas Wilkins AND | : | Chapter 13 |
| Judy Ann Wilkins, | : | |
| Debtors | : | |
| | : | Related to Document No. 52 |
| Bradley Thomas Wilkins AND | : | |
| Judy Ann Wilkins, | : | |
| Movants | : | |
| | : | |
| v. | : | |
| | : | |
| Ditech Finanial, LL, | : | |
| | : | |
| AND | : | |
| | : | |
| Ronda J. Winnecour/Esquire | : | |
| Chapter 13 Trustee, | : | |
| Respondents | : | |

## ORDER

A *Loss Mitigation Order* dated September 9, 2016, was entered in the above matter at Document No. 49. On October 10, 2016, a **Motion to Extend the Loss Mitigation Period** was filed by Bradley Thomas Wilkins and Judy Ann Wilkins at Document No. 52.

AND NOW, this 20th day of October, 2016, it is hereby **ORDERED, ADJUDGED AND DECREED** that the loss mitigation period is *extended up to and including November 21, 2016*.

Thomas P. Agresti,
United States Bankruptcy Judge

PAWB Local Form 43 (04/14)                                                                                       Page 1 of 1

United States Bankruptcy Court
Western District of Pennsylvania

In re:  
Bradley Thomas Wilkins  
Judy Ann Wilkins  
       Debtors

Case No. 16-10130-TPA  
Chapter 13

# CERTIFICATE OF NOTICE

District/off: 0315-1     User: amaz     Page 1 of 1     Date Rcvd: Oct 20, 2016  
                      Form ID: pdf900    Total Noticed: 2

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Oct 22, 2016.  
db/jdb       +Bradley Thomas Wilkins,    Judy Ann Wilkins,    1424 East 35th Street,    Erie, PA 16504-1924  
14181107     +Ditech Financial LLC,    332 Minnesota Street,    PO Box 6176,    Rapid City, SD 57709-6176

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.  
NONE.                                                                                                                                                                               TOTAL: 0

       ***** BYPASSED RECIPIENTS *****  
NONE.                                                                                                                                                                      TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.  
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Oct 22, 2016                                        Signature:   /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on October 20, 2016 at the address(es) listed below:  
        Daniel P. Foster    on behalf of Joint Debtor Judy Ann Wilkins dan@mrdebtbuster.com,  
         clarissa@mrdebtbuster.com;fosterlaw@ecf.inforuptcy.com;anne@ecf.inforuptcy.com  
        Daniel P. Foster    on behalf of Debtor Bradley Thomas Wilkins dan@mrdebtbuster.com,  
         clarissa@mrdebtbuster.com;fosterlaw@ecf.inforuptcy.com;anne@ecf.inforuptcy.com  
        Joshua I. Goldman    on behalf of Creditor   Ditech Financial LLC bkgroup@kmllawgroup.com  
        Office of the United States Trustee    ustpregion03.pi.ecf@usdoj.gov  
        Ronda J. Winnecour    cmecf@chapter13trusteewdpa.com  
                                                                                                                                                                                                                                              TOTAL: 5