**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE WESTERN DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| In Re: | : | **CASE NO. 16-10130-TPA** |
| | : | |
| **Bradley Thomas Wilkins and** | : | **CHAPTER 13** |
| **Judy Ann Wilkins,** | : | |
| Debtors, | : | |
| _____ | : | **MOTION NO.: WO - 1** |
| Judy Ann Wilkins, | : | |
| Movant, | : | **DOCKET NO.:** |
| | : | |
| vs. | : | |
| | : | |
| **Erie Home for Children & Adults Inc,** | : | |
| | : | |
| and | : | |
| | : | |
| **Ronda J. Winnecour, Esquire,** | : | |
| Chapter 13 Trustee. | : | |
| Respondents. | : | |

## CERTIFICATE OF SERVICE

I, the undersigned Paralegal of the law firm Foster Law Offices, certify under penalty of perjury that I am more than 18 years of age, and that I served a true and correct copy of the Wage Attachment Termination by First-Class Mail, U.S. Postage Paid on the parties below*.

Executed on: <u>October 24, 2016</u>

By: /s/ Clarissa Bayhurst
CLARISSA BAYHURST, PARALEGAL
FOSTER LAW OFFICES
Po Box 966
Meadville, PA 16335
Tel 814.724.1165
Fax 814.724.1158

_____
*Parties served by the court electronically were not served by regular mail

## MATRIX

**ERIE HOME FOR CHILDREN & ADULTS INC**
**226 EAST 27TH STREET**
**ERIE PA 16504**