Case 16-10130-TPA    Doc 70    Filed 03/23/17    Entered 03/23/17 12:46:04    Desc Main
Document      Page 1 of 1

FILED
3/23/17 12:09 pm
CLERK
U.S. BANKRUPTCY
COURT - WDPA

# UNITED STATES BANKRUPTCY COURT
# FOR THE WESTERN DISTRICT OF PENNSYLVANIA

## CONCILIATION CONFERENCE MINUTES

### *Conciliation Conference:*

Debtor: Bradley Thomas and Jud Ann Wilkins
Case Number: 16-10130              Chapter: 13
Date / Time / Room: March 21, 2017 at 10:00 a.m., Bankruptcy Courtroom
Hearing Officer: CHAPTER 13 TRUSTEE

*Matter:*    #11 - Cont. Final Confirmation of Plan dated 3/16/16 (NFC)

### *Appearances:*

Debtor:    Foster
Trustee:   Winnecour / Bedford / Katz / **Pail**
Creditor:

### *Proceedings:*

Recommended Outcome:

1. _____ Case Converted to Chapter 7
2. _____ Case Converted to Chapter 11
3. _____ Case Dismissed without Prejudice
4. _____ Case Dismissed with Prejudice
5. _____ Debtor is to inform Court within _____ days their preference to Convert or Dismiss
6. _____ The plan payment/term is increased/extended to _____, effective _____.
7. _____ Plan/Motion continued to _____ at _____.
8. __X__ An Amended Plan is to be served on all creditors and certificate of service filed by 4/14/17
Objections are due on or before 5/5/17.
A hearing on the Amended Plan is set for 5/23/17 at 11:30

9. _____ Other: