Form 314

**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE WESTERN DISTRICT OF PENNSYLVANIA**

IN RE:

| | | |
|---|---|---|
| **Bradley Thomas Wilkins** | : | Case No. 16−10130−TPA |
| **Judy Ann Wilkins** | : | Chapter: 13 |
| *Debtor(s)* | : | Next Hearing Date: May 23, 2017 at |
| | : | 11:30 A.M. |

## ORDER

     *AND NOW,* this **23rd day of March, 2017,** as a result of the Proceeding held on March 21, 2017, it is hereby **ORDERED, ADJUDGED and DECREED** as follows: (only the provisions checked below apply to this case).

☐     A.     The Parties cannot resolve the plan disputes, therefore, *on or before May 5, 2017,* all *Objections* to the proposed *Plan*, if any, shall be filed and served on Debtor, Chapter 13 Trustee and any creditor whose claim may be affected by the Objection. *Objections which are not timely filed will not be considered.*

     *On May 23, 2017 at 11:30 AM,* a Conciliation Conference is scheduled in Bankruptcy Courtroom, U.S. Courthouse, 17 South Park Row, Erie, PA 16501 at which time the Proponent of any *Objection* to the *Plan* and Counsel for the Debtor(s) shall appear and mediate the issues raised in the *Objection*.

     If the Parties cannot resolve all disputes at the conciliation conference, a hearing will be scheduled and orally announced at the conclusion of the conference without any further written notice to any party. Parties are directed to monitor the Court's docket and read the Chapter 13 Trustee's minutes of the conciliation conference to the extent such parties desire more information regarding the outcome of the conciliation conference.

☑     B.     *On or before April 14, 2017,* the Debtor shall file an *Amended Plan*, serving a copy of the *Amended Plan* and this *Order* on the Chapter 13 Trustee and all interested parties (all Parties listed on the current mailing matrix) and file a Certificate of Service with the Clerk of the Bankruptcy Court. *Failure to timely comply with the filing of the Amended Plan referred to in this Order will result in the automatic dismissal of this case without further notice or hearing.* **On or before May 5, 2017, Objections** to the proposed *Plan*, if any, shall be filed and served on Debtor, Chapter 13 Trustee and any creditor whose claim may be affected by the Objection. *Objections which are not timely filed will not be considered.*

     *On May 23, 2017 at 11:30 AM,* a Conciliation Conference is scheduled in Bankruptcy Courtroom, U.S. Courthouse, 17 South Park Row, Erie, PA 16501 at which time the Proponent of any Objection to the Plan and Counsel for the Debtor(s) shall appear and mediate the issues raised in the Objection.

     If the Parties cannot resolve all disputes at the conciliation conference, a hearing will be scheduled and orally announced at the conclusion of the conference without any further written notice to any party. Parties are directed to monitor the Court's docket and read the Chapter 13 Trustee's minutes of the conciliation conference to the extent such parties desire more information regarding the outcome of the conciliation conference.

continued on reverse side or next page

☐    C.

It is **FURTHER ORDERED** that the Debtor shall timely make full plan payments to the Chapter 13 Trustee, on or before the date upon which the respective plan payment is due, *time being of the essence*. The first payment is due thirty (30) days after the Chapter 13 Plan has been filed. Any failure to make pre−confirmation payments to the Trustee may result in the dismissal of the case upon the Trustee.s written or oral motion made prior to the or at the plan confirmation hearing.

_____
Thomas P. Agresti, Judge
United States Bankruptcy Court

If Paragraph A, above, is checked, Case Administrator to serve all Parties on the Mailing Matrix.

United States Bankruptcy Court
Western District of Pennsylvania

In re:
Bradley Thomas Wilkins
Judy Ann Wilkins
    Debtors

Case No. 16-10130-TPA
Chapter 13

# CERTIFICATE OF NOTICE

District/off: 0315-1     User: vson     Page 1 of 1     Date Rcvd: Mar 23, 2017
                      Form ID: 314    Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Mar 25, 2017.
db/jdb       +Bradley Thomas Wilkins,    Judy Ann Wilkins,    1424 East 35th Street,    Erie, PA 16504-1924

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                              TOTAL: 0

       ***** BYPASSED RECIPIENTS *****
NONE.                                              TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.


**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Mar 25, 2017                                        Signature:  /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on March 23, 2017 at the address(es) listed below:
         Daniel P. Foster     on behalf of Joint Debtor Judy Ann Wilkins dan@mrdebtbuster.com,
          clarissa@mrdebtbuster.com;fosterlaw@ecf.inforuptcy.com;anne@ecf.inforuptcy.com
         Daniel P. Foster     on behalf of Debtor Bradley Thomas Wilkins dan@mrdebtbuster.com,
          clarissa@mrdebtbuster.com;fosterlaw@ecf.inforuptcy.com;anne@ecf.inforuptcy.com
         James Warmbrodt     on behalf of Creditor    Ditech Financial LLC bkgroup@kmllawgroup.com
         Joshua I. Goldman     on behalf of Creditor    Ditech Financial LLC bkgroup@kmllawgroup.com
         Office of the United States Trustee     ustpregion03.pi.ecf@usdoj.gov
         Ronda J. Winnecour     cmecf@chapter13trusteewdpa.com
                                                                              TOTAL: 6