**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE WESTERN DISTRICT OF PENNYSYLVANIA**

| | | |
|---|---|---|
| In Re: | : | CASE NO. 16-10130-TPA |
| | : | |
| **Bradley Thomas Wilkins and** | : | CHAPTER 13 |
| Judy Ann Wilkins, | : | |
| Debtors, | : | |
| _____ | : | MOTION NO.: WO - 1 |
| **Bradley Thomas Wilkins,** | : | |
| Movant, | : | DOCKET NO.: |
| | : | |
| vs. | : | |
| | : | |
| **Erie Catholic Preparatory School,** | : | |
| | : | |
| and | : | |
| | : | |
| **Ronda J. Winnecour, Esquire,** | : | |
| Chapter 13 Trustee. | : | |
| Respondents. | : | |

## CERTIFICATE OF SERVICE

I, the undersigned Paralegal of the law firm Foster Law Offices, certify under penalty of perjury that I am more than 18 years of age, and that I served a true and correct copy of the Wage Attachment and Local Form No. 12 by First-Class Mail, U.S. Postage Paid on the parties below*.

Executed on: May 1, 2017             By: /s/ Clarissa Bayhurst
                                     CLARISSA BAYHURST, PARALEGAL
                                     FOSTER LAW OFFICES
                                     Po Box 966
                                     Meadville, PA 16335
                                     Tel 814.724.1165
                                     Fax 814.724.1158

*Parties served by the court electronically were not served by regular mail

## MATRIX

**ERIE CATHOLIC PREPARATORY SCHOOL**
**2403 WEST 8TH STREET**
**ERIE PA 16505**