# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| IN RE: | : | CASE NO. 16-10130-TPA |
| | : | |
| **Bradley Thomas Wilkins and** | : | **CHAPTER 7** |
| **Judy Ann Wilkins,** | : | |
|     Debtors, | : | |
| | : | DOCKET NO.: |
| _____ | : | |
| **Bradley Thomas Wilkins and** | : | |
| **Judy Ann Wilkins,** | : | |
|     Movants, | : | |
| | : | |
|     vs. | : | |
| | : | |
| **John C Melaragno, Esquire,** | : | |
|     Chapter 7 Trustee, | : | |
|     Respondent. | : | |

## DEBTOR'S RESPONSE TO CONVERSION ORDER

1.) Schedule J was amended to reflect current monthly expenditures.

2.) Statement of Financial Affairs was updated to reflect disbursements made to the office for the conversion.

3.) Statement of Intentions was filed with the Conversion Report.

*4.)* Disclosure of Attorney Compensation has been updated to reflect legal fees accepted for Chapter 7 representation.

                                                         Respectfully submitted,

Date: May 24, 2017

                                                         /s/ Daniel P. Foster
                                                         Daniel P. Foster, Esquire
                                                         PA I.D. # 92376
                                                         Foster Law Offices
                                                         Post Office Box 966
                                                         Meadville, PA  16355
                                                         Tel: 814.724.1165
                                                         Fax: 814.724.1165
                                                         Email: dan@mrdebtbuster.com
                                                         Attorney for Debtor