**UNITED STATES BANKRUPTCY COURT**
**WESTERN DISTRICT OF PENNSYLVANIA**

IN RE:

BRADLEY THOMAS WILKINS
JUDY ANN WILKINS
      Debtor(s)

Case No.:16-10130 TPA

Ronda J. Winnecour
      Movant
      vs.
No Repondents.

Document No.:

### TRUSTEE'S REPORT OF RECEIPTS AND DISBURSEMENTS

Ronda J. Winnecour, Trustee for the above case, submits the following final report and account of the administration of the estate pursuant to 11 USC 1302 (b) (1).

   1. The case was filed on 02/19/2016 and confirmed on 04/21/2016. The case was subsequently (D) CONVERTED AFTER CONFIRMATION FUNDS TO DEBTOR

   2. The Trustee made the following disbursements.

| | | |
|---|---:|---:|
| Total Receipts | | 9,598.05 |
| Less Refunds to Debtor | 621.44 | |
| TOTAL AMOUNT OF PLAN FUND | | 8,976.61 |
| Administrative Fees | | |
|   Filing Fee | 0.00 | |
|   Notice Fee | 0.00 | |
|   Attorney Fee | 3,104.53 | |
|   Trustee Fee | 396.30 | |
|   Court Ordered Automotive Insurance | 0.00 | |
| TOTAL ADMINISTRATIVE FEES | | 3,500.83 |

| Creditor Type    Creditor Name | Claim Amount | Prin Paid | Int Paid | Total Paid |
|---|---:|---:|---:|---:|
| **Secured** | | | | |
| CITIFINANCIAL SERVICING LLC<br>  Acct: 2013 | 0.00 | 5,475.78 | 0.00 | 5,475.78 |
| CITIFINANCIAL SERVICING LLC<br>  Acct: 2013 | 0.00 | 0.00 | 0.00 | 0.00 |
| CITIFINANCIAL SERVICING LLC<br>  Acct: 2013 | 18,287.67 | 0.00 | 0.00 | 0.00 |
| ERIE COUNTY TAX CLAIM BUREAU*<br>  Acct: 3500 | 4,971.85 | 0.00 | 0.00 | 0.00 |
| | | | | 5,475.78 |
| **Priority** | | | | |
| DANIEL P FOSTER ESQ**<br>  Acct: | 0.00 | 0.00 | 0.00 | 0.00 |
| BRADLEY THOMAS WILKINS<br>  Acct: | 0.00 | 0.00 | 0.00 | 0.00 |
| BRADLEY THOMAS WILKINS<br>  Acct: | 621.44 | 621.44 | 0.00 | 0.00 |
| FOSTER LAW OFFICES**<br>  Acct: | 0.00 | 0.00 | 0.00 | 0.00 |

| Creditor Type    Creditor Name | Claim Amount | Prin Paid | Int Paid | Total Paid |
|---|---|---|---|---|
| **Priority** | | | | |
|   DANIEL P FOSTER ESQ** | 3,580.00 | 3,104.53 | 0.00 | 0.00 |
|     Acct: | | | | |
|   DANIEL P FOSTER ESQ** | 1,000.00 | 0.00 | 0.00 | 0.00 |
|     Acct: | | | | |
| | * * * N O N E * * * | | | |
| **Unsecured** | | | | |
|   ASFS | 0.00 | 0.00 | 0.00 | 0.00 |
|     Acct: 5536 | | | | |
|   CAPITAL ONE(*) | 0.00 | 0.00 | 0.00 | 0.00 |
|     Acct: 2460 | | | | |
|   CBJ CREDIT RECOVERY | 0.00 | 0.00 | 0.00 | 0.00 |
|     Acct: 7560 | | | | |
|   PENN CREDIT CORP | 0.00 | 0.00 | 0.00 | 0.00 |
|     Acct: 7035 | | | | |
|   CITIBANK NA(*) | 0.00 | 0.00 | 0.00 | 0.00 |
|     Acct: 0720 | | | | |
|   QUANTUM3 GROUP LLC AGNT - CF MEDIC. | 419.96 | 0.00 | 0.00 | 0.00 |
|     Acct: 0007 | | | | |
|   CONGRESS COLLECTION COMPANY | 0.00 | 0.00 | 0.00 | 0.00 |
|     Acct: 8747 | | | | |
|   CREDITECH | 0.00 | 0.00 | 0.00 | 0.00 |
|     Acct: 1548 | | | | |
|   GINNYS | 0.00 | 0.00 | 0.00 | 0.00 |
|     Acct: 457O | | | | |
|   PORTFOLIO RECOVERY ASSOCIATES, LL( | 9,887.55 | 0.00 | 0.00 | 0.00 |
|     Acct: 6108 | | | | |
|   PRA/PORTFOLIO RECOVERY ASSOC | 0.00 | 0.00 | 0.00 | 0.00 |
|     Acct: 1458 | | | | |
|   QUANTUM3 GROUP LLC AGNT - CP MEDIC | 87.57 | 0.00 | 0.00 | 0.00 |
|     Acct: 0002 | | | | |
|   REVENUE GROUP | 0.00 | 0.00 | 0.00 | 0.00 |
|     Acct: 6101 | | | | |
|   REVENUE GROUP | 0.00 | 0.00 | 0.00 | 0.00 |
|     Acct: 9913 | | | | |
|   SAINT VINCENT ERIE F C U* | 0.00 | 0.00 | 0.00 | 0.00 |
|     Acct: 9004 | | | | |
|   SAINT VINCENT ERIE F C U* | 0.00 | 0.00 | 0.00 | 0.00 |
|     Acct: 9002 | | | | |
|   US DEPARTMENT OF EDUCATION** | 21,404.35 | 0.00 | 0.00 | 0.00 |
|     Acct: 7839 | | | | |
|   QUANTUM3 GROUP LLC AGNT - CP MEDIC | 786.00 | 0.00 | 0.00 | 0.00 |
|     Acct: 0001 | | | | |
|   PHELAN HALLINAN LLP | 0.00 | 0.00 | 0.00 | 0.00 |
|     Acct: | | | | |
|   CHARLES HERBST MD | 0.00 | 0.00 | 0.00 | 0.00 |
|     Acct: | | | | |
|   CLINICAL ASSOC IN RADIOLOGY | 0.00 | 0.00 | 0.00 | 0.00 |
|     Acct: | | | | |
|   HAMOT MEDICAL CENTER* | 0.00 | 0.00 | 0.00 | 0.00 |
|     Acct: | | | | |
|   HSBC BANK USA++ | 0.00 | 0.00 | 0.00 | 0.00 |
|     Acct: | | | | |
|   SAINT VINCENT INSTITUTE* | 0.00 | 0.00 | 0.00 | 0.00 |
|     Acct: | | | | |
|   ST VINCENT ENDOSCOPY CENTER | 0.00 | 0.00 | 0.00 | 0.00 |
|     Acct: | | | | |
|   QUANTUM3 GROUP LLC AGNT - CP MEDIC | 5,917.00 | 0.00 | 0.00 | 0.00 |
|     Acct: 0004 | | | | |

| 16-10130 TPA | **TRUSTEE'S REPORT OF RECEIPTS AND DISBURSEMENTS** | | | | Page 3 of 3 |
|---|---|---|---|---|---|
| Creditor Type | Creditor Name | Claim Amount | Prin Paid | Int Paid | Total Paid |
| Unsecured | | | | | |
| | JOSHUA I GOLDMAN ESQ | 0.00 | 0.00 | 0.00 | 0.00 |
| | Acct: | | | | |

\* \* \* N O N E \* \* \*

| TOTAL PAID TO CREDITORS | | 5,475.78 |
|---|---|---|

TOTAL CLAIMED
| PRIORITY | 0.00 |
|---|---|
| SECURED | 23,259.52 |
| UNSECURED | 38.502.43 |

Date: 05/30/2017

/s/ Ronda J. Winnecour
RONDA J WINNECOUR PA ID #30399
CHAPTER 13 TRUSTEE WD PA
600 GRANT STREET
SUITE 3250 US STEEL TWR
PITTSBURGH, PA  15219
(412) 471-5566
cmecf@chapter13trusteewdpa.com